JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| RICHARD FICK, an individual; DERRICK NARETTA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, A Delaware Corporation,<br><br>Defendant. | Case No.: 2:18-cv-01326-AB-FFM<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS CASE** |

Based on the Parties' joint stipulation pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES OF CIVIL PROCEDURE and good cause appearing, the Court **GRANTS** the joint stipulation. Accordingly, the Court **DISMISSES** with prejudice the Complaint as to all parties and claims. The Clerk of the Court shall terminate the case.

**IT IS SO ORDERED**

Dated: July 18, 2019

_____
United States District Judge